# INVOICE

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102
Phone:405-235-4106   Fax:405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112232 | 11/3/2015 | 21006 |
| Job Date | Case No. | |
| 10/26/2015 | CIV-14-829-HE | |

| Case Name |
|---|
| Hunter v. McHugh |

| Payment Terms |
|---|
| Due upon receipt |

Rebecca Frazier
Oklahoma City US Attorney
210 Park Ave
Suite 400
Oklahoma City, OK 73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Travis Hunter                                             628.03

                                       **TOTAL DUE >>>   $628.03**

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs. We appreciate your business.

Exhibit 001

Tax ID: 73-1334253                                    Phone: (405)553-8700    Fax:

*Please detach bottom portion and return with payment.*

Rebecca Frazier
Oklahoma City US Attorney
210 Park Ave
Suite 400
Oklahoma City, OK 73102

RECEIVED NOV 0 5 2015

Job No.    : 21006          BU ID     : 1-MAIN
Case No.   : CIV-14-829-HE
Case Name  : Hunter v. McHugh

Invoice No. : 112232        Invoice Date : 11/3/2015
**Total Due : $ 628.03**

Remit To: D&R Reporting & Video, Inc.
          Metropolitan Building
          400 N. Walker
          Suite 160
          Oklahoma City, OK 73102

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |